# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Civil No. 15-cv-2047 (PJS/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| Mustafa Hassan Mussa, | |
| Defendant, | |
| and | |
| Universal Medical Center, d/b/a Axis Medical Center, | |
| Garnishee. | |

D. Gerald Wilhelm, Office of the United States Attorney, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415 (for Plaintiff);

Kevin D. Hofman, Halleland Habicht PA, 33 South Sixth Street, Suite 3900, Minneapolis, MN 55402 (for Garnishee).

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated August 17, 2015 (ECF No. 11), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that Plaintiff's Application for Writ of Prejudgment Garnishment (ECF No. 4) is **GRANTED.**

Date:  September 9, 2015

s/Patrick J. Schiltz  
The Honorable Patrick J. Schiltz  
United States District Court Judge  
for the District of Minnesota